USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

RANDAL CHACON,

Defendant.

**26-cr-0359 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 28, 2026, the Court received an ex parte letter (the "Letter") from Judith Vargas, defense counsel for defendant Randal Chacon, requesting authorization to submit interim CJA vouchers. The Court grants Ms. Vargas' request to file interim CJA vouchers and approved sealing of the Letter.

**SO ORDERED.**

Dated: 30 September 2026
New York, New York

Victor Marrero
U.S.D.J.