THE LAW OFFICES OF
JUDITH VARGAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

October 26, 2026

**Via ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*United States v. Randal Chacon*, 26-Cr-359 (VM)
**Request for Order Permitting Defense Counsel to Bring Laptop Power Cord into MDC Brooklyn for Review of Protected Discovery with Client**

Dear Judge Marrero:

I respectfully request an Order permitting me to bring my laptop power cord into the Metropolitan Detention Center in Brooklyn ("MDC Brooklyn") during attorney-client legal visits with my client, Randal Chacon, so that I can review discovery with him. A Proposed Order is submitted herewith for the Court's consideration.

The Government's discovery production is subject to a Protective Order and was provided on a 1-terabyte drive that I purchased and supplied to the Government at its request. Because the Protective Order prohibits Mr. Chacon from retaining the discovery for independent review, I must review the materials with him during attorney-client legal visits at MDC Brooklyn.

During my most recent legal visit with Mr. Chacon at MDC Brooklyn, I was permitted to bring my laptop into the facility but was prohibited from bringing its power cord. As a result, my laptop battery died, and I was unable to review the discovery with Mr. Chacon during the visit. It is necessary for me to be allowed to bring my laptop power cord *with* my laptop into the facility in order for me to review the protected discovery with him during attorney-client legal visits.

For these reasons, I respectfully request that the Court enter the Proposed Order permitting me to bring my laptop power cord into MDC Brooklyn during attorney-client legal visits so that Mr. Chacon and I can review the protected discovery together.

Respectfully,

s/ Judith Vargas
Judith Vargas, Esq.
Attorney for Mr. Chacon

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

**26-Cr-359 (VM)**
**ORDER**

RANDAL CHACON, Defendant.

**HON. VICTOR MARRERO, United States District Judge.**

Having reviewed defense counsel's request, it is hereby

**ORDERED** that Judith Vargas, Esq., counsel for defendant Randal Chacon, is permitted to bring her laptop with its power cord into the Metropolitan Detention Center in Brooklyn ("MDC Brooklyn") during attorney-client legal visits with Mr. Chacon, for the purpose of keeping her laptop operational while reviewing discovery with her client.

**SO ORDERED.**

Dated: 10/30/2026
New York, New York

Request **GRANTED.**

The Court **GRANTS** the request to the extent counsel's use of computers within the Metropolitan Detention Center in Brooklyn would not violate any applicable rule, policy, or procedure.

**SO ORDERED.**

10/30/2026
DATE

VICTOR MARRERO, U.S.D.J.